NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――――

**HUIZHOU GREEN GIANT TECHNOLOGY CO., LTD.,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**VEGO INNOVATIONS, INC., fka Vego Garden Inc.,**
*Intervenor*

―――――――――――

2024-2123

―――――――――――

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1334.

―――――――――――

## O R D E R

Upon consideration of the parties' joint stipulation of voluntary dismissal of this appeal pursuant to Federal Rule of Appellate Procedure 42(b), with each side to bear its own costs,

IT IS ORDERED THAT:

(1)  The appeal is dismissed.

(2)  All pending motions are denied as moot.

2          HUIZHOU GREEN GIANT TECHNOLOGY CO., LTD. v. ITC

(3)  Each side shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

November 22, 2024
        Date

ISSUED AS A MANDATE:  November 22, 2024